UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-23302 |
| | | CHAPTER 13 |
| JODI R. JONES | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

Check No.             Amount
 916223               $10.18

Creditor(s)
NCO Financial Systems
P.O. Box 41567
Philadelphia, PA 19101

                                        Respectfully submitted,

                                    /s/    Margaret A. Burks, Esq.
                                           Margaret A. Burks, Esq.
                                           Chapter 13 Trustee
                                           Attorney No. OH 0030377

                                           Francis J. DiCesare, Esq.
                                           Staff Attorney
                                           Attorney No. OH 0038798

                                           Karolina F. Perr, Esq.
                                           Staff Attorney
                                           Attorney No. OH 0066193

                                           600 Vine Street, Suite 2200
                                           Cincinnati, OH 45202
                                           (513) 621-4488
                                           (513) 621 2643 (Facsimile)
                                           mburks@cinn13.org - Correspondence only
                                           fdicesare@cinn13.org
                                           kperr@cinn13.org
                                           cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 18, 2009.

                    /s/    Margaret A. Burks, Esq.
                          Margaret A. Burks, Esq.

NCO Financial Systems
P.O. Box 41567
Philadelphia, PA 19101

Debtor(s) Counsel
ANDREW M. TEMIN, ESQ.
246 HIGH STREET
HAMILTON, OH  45011

Debtor(s)
JODI R. JONES
5529 LIBERTY-FAIRFIELD RD
#37
HAMILTON, OH  45011

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Creditor